# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-4045

———————————————

Todd Powell,

    Appellant,

v.

Alexis Leigh Powell,

    Appellee.

———————————————

On appeal from the Circuit Court for the First Judicial Circuit,
Walton County.
Kelvin C. Wells, Judge.

December 11, 2023

Per Curiam.

    Affirmed.

Roberts and M.K. Thomas, JJ., concur; Ray, J., dissents without
opinion.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Brian P. North of Kenny Leigh & Associates, Pensacola, for Appellant.

James L. Heath, Destin, for Appellee.